Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW PACIFIC COAST PENSION PLAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KAREN A. KAMERER and "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, D/B/A HEYZ ELECTRIC,<br><br>    Defendants. | CAUSE NO.:  C06-5369RBL<br><br>PROPOSED ORDER OF DEFAULT |

Pursuant to Plaintiff IBEW Pacific Coast Pension Plan's Motion for an entry of an Order of Default against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric, and the Court having considered the pleadings on file, including the Declaration of Service and being otherwise generally advised, it is hereby

**ORDERED** that more than twenty days have elapsed since the date of service of Plaintiff Trust Fund's Complaint and the Defendants have failed to appear, answer or defend

ORDER OF DEFAULT – CASE NO. C06-5369 RBL - PAGE 1 OF 2

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1

2  this action within the time provided by law, and therefore, Defendants Karen A. Kamerer and

3  "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a

4  Heyz Electric are in Default.

5
     DATED this 14th day of August, 2006.

6

7

8
                                 S/ Jean Boring

9                                    By: Deputy Clerk
                                   BRUCE RIFKIN District Court Executive

10  Presented by:

11  s/Robert A. Bohrer
    WSBA #5050
12  Ekman, Bohrer & Thulin, P.S.
    220 W. Mercer, Ste. 400
13  Seattle, WA  98119
    Telephone: (206) 282-8221
14  Fax: (206) 285-4587
    E-mail: r.bohrer@ekmanbohrer.com
15  Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

ORDER OF DEFAULT
CAUSE NO. C06-5369 RBL - PAGE 2 of 2

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587