Honorable Karen L. Strombom

06-CV-05369-ORD

FILED ___ LODGED
___ RECEIVED
FEB 27 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| IBEW PACIFIC COAST PENSION PLAN,<br><br>        Plaintiff,<br><br>vs.<br><br>KAREN A. KAMERER and "JOHN DOE" KAMERER, wife and husband and the marital community comprised thereof, D/B/A HEYZ ELECTRIC,<br><br>        Defendants. | CAUSE NO.: C06-5369KLS<br><br>~~PROPOSED~~ ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

Plaintiff IBEW Pacific Coast Pension Plan (Trust Fund) has moved the Court for Default Judgment against Defendants Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric (Employer).

///

///

///

///

///

ORDER FOR DEFAULT JUDG
CASE NO. C06-5369 KLS - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST.; SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

## SUMMARY OF JUDGMENT

1. Judgment Creditor: IBEW Pacific Coast Pension Plan

2. Judgment Debtors: Karen A. Kamerer and "John Doe" Kamerer, wife and husband and the marital community comprised thereof, d/b/a Heyz Electric

3. Contributions: $9,796.58
4. Liquidated Damages: $1,959.38
5. Costs: $572.12
6. Auditor's Fees: $2,389.36
7. Attorney's Fees: $5,286.40
8. Post-Judgment Interest on Delinquent Contributions: 12% per annum
9. Attorney for Judgment Creditor: Robert A. Bohrer, WSBA No. 5050 EKMAN, BOHRER & THULIN, P.S.

Pursuant to Plaintiff Trust Fund's Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on August 14, 2006, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Fund be awarded a Default Judgment against Defendant Employer in the amount $20,003.84 representing contributions covering the period August through October 2004, January 2005 in the amount $9,796.58, liquidated damages in the amount $1,959.38, costs in the amount $572.12, and attorney's fees in the amount $5,286.40, for a total amount owing of $20,003.84.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Fund's claims herein.

///

///

ORDER FOR DEFAULT JUDG
CASE NO. C06-5369 KLS - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance of delinquent contributions at the rate of 12% per annum, pursuant to the terms of the Trust Agreements to which Employer is bound.

DATED this 27th day of January, 2007.

_____
U.S. District Court Judge/~~Magistrate/Clerk~~

Presented by:

s/Robert A. Bohrer
_____
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Fund

S:\Collections\IBEW PCP-3370\Pleadings\2007\Heyz Elec 3370 USDC3 Default Judg Order.doc

ORDER FOR DEFAULT JUDG
CASE NO. C06-5369 KLS - PAGE 3 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587